JOHNSON FISTEL, LLP
Frank J. Johnson, Esq. (SBN 174882)
FrankJ@johnsonfistel.com
Brett M. Middleton, Esq. (SBN 199427)
BrettM@johnsonfistel.com
Kristen L. O'Connor, Esq. (SBN 305113)
KristenO@johnsonfistel.com
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY MCPHERSON, Derivatively on behalf of ACTIVISION BLIZZARD, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT A. KOTICK, SPENCER NEUMANN, COLLISTER "CODDY" JOHNSON, REVETA BOWERS, ROBERT J. CORTI, HENDRIK J. HARTONG III, BRIAN G. KELLY, BARRY MEYER, ROBERT MORGADO, PETER NOLAN, CASEY WASSERMAN, and ELAINE WYNN <br><br> Defendants, <br><br> -and- <br><br> ACTIVISION BLIZZARD, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. 2:19-cv-04861-SVW-AFM <br><br> *Assigned for All Purposes to the Honorable Stephen V. Wilson* <br><br> STIPULATION AND REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 23.1(c) and 41(a) <br><br> Date Action Filed:   June 4, 2019 |

WHEREAS, the above-captioned shareholder derivative action ("Derivative Action") was filed on June 4, 2019 in this Court by Plaintiff Sonny McPherson ("Plaintiff") against the Individual Defendants,[1] who are certain current and former directors and officers of Nominal Defendant Activision Blizzard, Inc. ("Activision" or the "Company") (Activision, together with the Individual Defendants, are collectively referred to herein as "Defendants," and Plaintiff and Defendants are collectively referred to herein as the "Parties");

WHEREAS, a class action alleging violations of the federal securities laws against Activision and certain of its officers and directors was filed in this Court: *Chase Hamano v. Activision Blizzard, Inc., et al.*, Case No. 2:19-cv-03788-SVW-AFM (the "Securities Class Action");

WHEREAS, the Parties agree that the Derivative Action and the Securities Class Action involved some of the same parties and factual allegations;

WHEREAS, the Derivative Action asserts claims against the Individual Defendants for breaches of fiduciary duties, abuse of control, violations of Section 29(B) of the Securities Exchange Act of 1934, gross mismanagement, waste of corporate assets, and unjust enrichment, as well as seeks contribution, derivatively on behalf of the Company, from the Individual Defendants under Sections 10(b) and 21D of the Securities Exchange Act of 1934;

WHEREAS, on October 29, 2019, this Court entered an order deferring the Derivative Action until an order was issued resolving any motion to dismiss any amended complaint filed in the Securities Class Action;

WHEREAS, on October 30, 2019, the Court entered an order moving the Derivative Action to the inactive calendar pending the outcome of the Securities Class Action motion to dismiss;

---

[1] The Individual Defendants include: Robert A. Kotick, Spencer Neumann, Collister "Coddy" Johnson, Reveta Bowers, Robert J. Corti, Hendrik J. Hartong III, Brian G. Kelly, Barry Meyer, Robert Morgado, Peter Nolan, Casey Wasserman, and Elaine Wynn.

WHEREAS, on March 23, 2020, the Court entered an order granting the motion to dismiss with leave to amend in the Securities Class Action;

WHEREAS, on April 9, 2020, the Court entered Judgment in favor of the defendants in the Securities Class Action because the plaintiff in that action did not amend the complaint within the allotted timeframe;

WHEREAS, under Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff is entitled to dismiss this Derivative Action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . ." or "a stipulation of dismissal signed by all parties who have appeared;"

WHEREAS, Federal Rule of Civil Procedure 23.1(c) provides, in relevant part, "[a] derivative action may be settled, voluntarily dismissed, or compromised only with the court's approval . . .";

WHEREAS, Defendants have neither answered the complaint filed in the Derivative Action, nor moved for summary judgment;

WHEREAS, following careful consideration, Plaintiff has elected to voluntarily dismiss this Derivative Action without prejudice.  Counsel for Plaintiff and Defendants have met and conferred regarding this Derivative Action and agree that all parties will bear their own costs and fees upon Plaintiff's voluntary dismissal of this Derivative Action without prejudice.  No payment has been made, nor will one be made, to Plaintiff or his attorneys for this dismissal;

WHEREAS, notice of the voluntary dismissal is not required in this instance because: (i) no payment has been made to any party or their counsel in connection with the voluntary dismissal; (ii) the voluntary dismissal is made without prejudice and therefore will not have any preclusive effect on any other action; (iii) Defendants will not suffer any prejudice as they have indicated they do not oppose this voluntary dismissal; and (iv) there is no trace of collusion or any other improper motivation underlying this voluntary dismissal; and

1  WHEREFORE, the Parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an Order dismissing this Action without prejudice, with all parties to bear their own costs and fees.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: May 12, 2020 | **JOHNSON FISTEL, LLP** |
|  | */s/ Brett M. Middleton* |
|  | BRETT M. MIDDLETON (SBN 199427) |
|  | FRANK J. JOHNSON (SBN 174882) |
|  | KRISTEN L. O'CONNOR (SBN 305113) |
|  | 655 West Broadway, Suite 1400 |
|  | San Diego, CA  92101 |
|  | Telephone: (619) 230-0063 |
|  | Facsimile: (619) 255-1856 |
|  | FrankJ@johnsonfistel.com |
|  | BrettM@johnsonfistel.com |
|  | KristenO@johnsonfistel.com |
|  | *Attorneys for Plaintiff* |
| DATED: May 12, 2020 | */s/ Ryan E. Blair* |
|  | RYAN E. BLAIR (246724) |
|  | **COOLEY LLP** |
|  | KOJI F. FUKUMURA (189719) |
|  | RYAN E. BLAIR (246724) |
|  | HEATHER M. SPEERS (305380) |
|  | 4401 Eastgate Mall |
|  | San Diego, CA  92121 |
|  | Telephone: (858) 550-6000 |
|  | Facsimile: (858) 550-6420 |
|  | *Attorneys for Defendants Robert A. Kotick, Collister Johnson, Reveta Bowers, Robert J. Corti, Hendrik J. Hartong III, Brian G. Kelly, Barry Meyer, Robert Morgado, Peter Nolan, Casey Wasserman, Elaine Wynn, and Nominal Defendant Activision Blizzard, Inc.* |

| | |
|---|---|
| DATED: May 12, 2020 | */s/ Craig Varnen* <br> CRAIG VARNEN (170263) <br><br> **IRELL & MANELLA** <br> CRAIG VARNEN (170263) <br> ALAINA ASHLEY BIRD (318044) <br> 1800 Ave. of the Stars <br> Suite 900 <br> Los Angeles, CA 90067-4276 <br> Telephone: (310) 203-7550 <br> Facsimile: (310) 203-7199 <br><br> *Attorneys for Defendant Spencer Neumann* |

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Brett M. Middleton, attest on behalf of all other signatories that concurrence with the content of this filing and authorization to make this filing have been obtained from each of the other signatories.

| | |
|---|---|
| DATED:  May 12, 2020 | */s/ Brett M. Middleton* <br> BRETT M. MIDDLETON (SBN 199427) |